JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RACHEL LUND, | No. 2:20-cv-02800-SAB |
|---|---|
| Plaintiff, | |
| v. | |
| C. R. BARD, INC., and BARD | **ORDER DISMISSING CASE** |
| PERIPHERAL VASCULAR, INC., | |
| Defendants. | **[ECF NO. 30]** |

Before the Court is the parties' Joint Stipulation for Order of Dismissal Without Prejudice, ECF No. 30. The parties stipulate, in consideration of a negotiated settlement executed by them, to the dismissal without prejudice of this action, including all claims and counterclaims stated against all parties, with each party to bear its own attorney's fees and costs.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE ~** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts and entered into the record the parties' Joint Stipulation for Dismissal Without Prejudice, ECF No. 30.

2. The above-captioned action is **dismissed without prejudice** with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 17th day of June 2020.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE ~ 2**